UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:24-cv-00255-PGB-EJK

**JENNIFER CARE,**

    Plaintiff,

v.

**NORTH AMERICAN CREDIT SERVICES INC,**

    Defendant.

_____/

## RESPONSE TO ORDER DIRECTING COMPLIANCE

Plaintiff Jennifer Care ("Plaintiff") submits this Response to the Order to Register for Court's Case Management and Electronic Case Filing Program [Doc. 16] (the "Order") issued by this Court on March 5, 2024, regarding Joel Brown, Esquire's admission to the Middle District of Florida and states:

    1.    On February 05, 2024, the above-captioned action was removed to this Court from the Eighteenth Judicial Circuit, in and for Brevard County, *Case 052023CC060231XXXXXX* (the "State Case").

    2.    Joel Brown, Esquire, was listed as counsel for Plaintiff in the State Case and, as a result of the removal to this Court, was listed as counsel for Plaintiff despite not being admitted to practice in the Middle District of Florida.

3. Joel Brown, Esquire, did not seek to represent Plaintiff before this Court without being admitted to practice in the Middle District of Florida.

4. At this time, Joel Brown, Esquire, will not be seeking admission to the Middle District of Florida and, as such, respectfully asks that his appearance be stricken from the record.

5. WHEREFORE, Plaintiff, respectfully, asks that Joel Brown, Esquire, be excused from complying with the Order and that his appearance be stricken from the record.

DATED: March 12, 2024

Respectfully Submitted,

/s/ Thomas Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail: Tom@pzlg.legal
PATTI ZABALETA LAW GROUP
110 SE 6th Street Suite 1732
Fort Lauderdale, Florida 33309
Phone: 561-542-8550

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377